Lee Iglody
Nevada State Bar No. 7757
**IGLODY LAW**
2580 St. Rose Pkwy, Suite 330
Henderson, Nevada 89074
Tel: (702) 425-5366
lee@iglody.com

Garrett S. Elsinger*
Florida State Bar No.: 91022
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
Gelsinger@mineolaw.com
Denisei@mineolaw.com

*Admitted pro hac vice

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>Plaintiffs,<br>vs.<br><br>CLOSE SPRING MOUNTAIN PLAZA, a Nevada Limited Partnership,<br><br>Defendant. | **Case No.:** 2:26-cv-00255-GMN-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation (hereinafter "Plaintiffs"), and Defendant, CLOSE SPRING MOUNTAIN PLAZA, by and through their undersigned counsel, and pursuant to Federal Rules of Civil

Procedure 41(a)(1), hereby stipulate to a dismissal of this action with prejudice as this case has been amicable settled by the parties.

Dated: October 30, 2026

Respectfully submitted,

**IGLODY LAW**

By: */s/ Lee Iglody*______
Lee Iglody
Nevada State Bar No. 7757
2580 St. Rose Pkwy, Suite 330
Henderson, Nevada 89074
Tel: (702) 425-5366
lee@iglody.com

Garrett S. Elsinger*
Florida State Bar No.: 91022
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
Gelsinger@mineolaw.com
Denisei@mineolaw.com

**Admitted pro hac vice*

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served by this Court's CM/ECF on this 30th day of October, 2026, on all counsel or parties of record on the Service List below.

*/s/ Lee Iglody*______
Lee Iglody, Esq.

*/s/ Garrett S. Elsinger*_______
Garrett S. Elsinger, Esq.

**SERVICE LIST**

Terry A. Moore, Esq.
Collin M. Jayne, Esq.
Marquis Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
E-Mail: tmoore@maclaw.com
E-Mail: cjayne@maclaw.com
*Attorneys for Defendant, Close Spring Mountain Plaza*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice.**

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 30 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT